```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
            FILED
        MAY 31 2007
   JOHN F. CORCORAN, CLERK
   BY: /s/ J. Bush
          DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RODNEY A. HOUSE,<br>Plaintiff, | )<br>)  Civil Action No. 7:07-cv-00270<br>) |
| v. | )  **FINAL ORDER**<br>) |
| A. W. STRICKLAND, <u>et. al.</u>,<br>Defendant(s). | )  By: Hon. James C. Turk<br>)  Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action, filed as a civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1); plaintiff's motion for interlocutory injunctive relief (Dkt. No. 2) is hereby **DENIED**; and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 31st day of May, 2007.

/s/ James C. Turk
Senior United States District Judge